

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00888-CR

Harold James **HARRIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 1, Bexar County, Texas
Trial Court No. 384759
The Honorable John D. Fleming, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED November 25, 2015.

_____
Karen Angelini, Justice